IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID BOYD BROWN,
A# 205–051–585,

    Petitioner,

v.                                      4:19cv430–WS/MAF

MATTHEW T ALBENCE AND
WILLIAM BARR,

    Respondent.

_____

ORDER DENYING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 15) docketed April 28, 2020. The magistrate judge recommends that the petitioner's amended § 2241 petition for writ of habeas corpus be denied. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 15) is

ADOPTED and incorporated by reference into this order of the court.

    2. The petitioner's amended petition for writ of habeas corpus (ECF No. 6) is DENIED.

    3. The clerk is directed to enter judgment stating: "The petitioner's amended petition for writ of habeas corpus is DENIED.

    4. The clerk shall mail a copy of this order to the petitioner at his address of record as well as to the petitioner at the address provided by the respondent: Krome Service Processing Center, 18201 SW 12 Street, Miami FL 33194.

    DONE AND ORDERED this __3rd__ day of __June__, 2020.

                            s/ William Stafford
                            WILLIAM STAFFORD
                            SENIOR UNITED STATES DISTRICT JUDGE